| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br><br>Tammy Hussin<br>Lemberg & Associates, LLC<br>6404 Merlin Drive<br>Carlsbad, California 92011<br>Telephone: (855) 301-2100 Ext. 5514<br>Facsimile: (203) 653-3424<br><br>ATTORNEYS FOR: Plaintiff | FILED 13 MAR 22 PM 3:00 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY: |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jasmine Amos<br><br>Plaintiff(s),<br>v.<br><br>Convergent Outsourcing, Inc.; and DOES 1-10, inclusive<br><br>Defendant(s) | CASE NUMBER<br><br>**CV13-02100** DSF (SHx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for     Jasmine Amos
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                                      **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Jasmine Amos                                                                                   Plaintiff
Downey, California

Tammy Hussin
Lemberg & Associates, LLC
6404 Merlin Drive                                                                              Attorney to the Plaintiff
Carlsbad, California 92011
Telephone: (855) 301-2100 Ext. 5514
Facsimile: (203) 653-3424


March 18, 2013                                                  /s/ Tammy Hussin
Date                                                            Sign


                                                                Tammy Hussin
                                                                Attorney of record for or party appearing in pro per

---

**NOTICE OF INTERESTED PARTIES**
CV-30 (12/03)